# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **AERITAS LLC,**<br><br>Plaintiff<br><br>v.<br><br>**CHICK-FIL-A, INC., CFA PROPERTIES, INC., AND CFA SERVCO, INC.**<br><br>Defendant | **Case No. 6:19-cv-00052-JDK**<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, Aeritas LLC, pursuant to Fed. R. Civ. P. 41(a)(2), moves to dismiss all claims in this action against Defendants CFA Properties, Inc. and CFA Servco, Inc., WITHOUT PREJUDICE

Dated: May 15, 2019

Respectfully submitted,

*/s/ R. W. Mort III*

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the parties have met and conferred in accordance with Local Rule CV-7, and this motion is Unopposed.

_____
Raymond W. Mort, III

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2019, a true and correct copy of the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System.

_____
Raymond W. Mort, III