# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **AERITAS LLC,**<br><br>Plaintiff<br><br>v.<br><br>**CHICK-FIL-A, INC., CFA PROPERTIES, INC, AND CFA SERVCO, INC.,**<br><br>Defendant | **Case No. 6:19-cv-00052-JDK**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff, Aeritas LLC, and Defendant, Chick-Fil-A, Inc., file this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully move this Court to stay all unreached deadlines in the Docket Control Order for thirty (30) days.

All matters in controversy between Aeritas LLC and Chick-Fil-A, Inc. have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines in the Docket Control Order for thirty (30) days so that appropriate dismissal papers may be submitted.

Counsel for Aeritas LLC has conferred with counsel for Defendants, Chick-Fil-A, Inc., and counsel for Defendants stated they are unopposed to this motion.

Dated: August 21, 2019               Respectfully submitted,

                                     _/s/ R. W. Mort III_
                                     Raymond W. Mort, III

        Texas State Bar No. 00791308
        raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF